FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0268

_____

MICHELLE HOLLCRAFT VANISKO,

      Petitioner and Appellee,

v.                                    O R D E R

BRAD RAE RICHARDSON,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Brad Rae Richardson, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2024